**Exhibit A to the Complaint**

**Location:** Waltham, MA
**Total Works Infringed:** 25

**IP Address:** 173.76.250.113
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | C6ED7E828E18548415197327F0B6A99B4E62AD75 | 08/16/2026 12:11:00 | Milfy | 05/21/2025 | 06/09/2025 | PA0002534212 |
| 2 | E7CBA0F89077AE5229550027A324386E8C608610 | 08/16/2026 12:10:44 | Tushy | 03/29/2026 | 04/07/2026 | PA0002577431 |
| 3 | 7ED5DC64B7BC708BBE1640D7967C346A114448FB | 08/01/2026 11:42:05 | Vixen | 04/23/2021 | 04/27/2021 | PA0002288949 |
| 4 | D93E20A8303AB2B091BE3F72955E9DFEE4A19E3A | 05/26/2026 20:52:28 | Vixen | 12/28/2025 | 01/02/2026 | PA0002558881 |
| 5 | B2DDDF698F1AFFA8BC683F1C89EC1D9C283CA5B0 | 04/29/2026 21:53:09 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 6 | E8F1F6D540B1DF9F2E2D295D4ABDAB244F4826E6 | 04/29/2026 18:04:02 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 7 | 612AB8AD42E3AB7830CBF252B68BC4EE54EAD482 | 04/26/2026 20:59:37 | Wifey | 04/05/2025 | 04/23/2025 | PA0002527229 |
| 8 | 311D8B9A40C7602AE9320406A974B75EA0261E38 | 04/26/2026 20:38:16 | Blacked Raw | 03/12/2026 | 03/24/2026 | PA0002575288 |
| 9 | 5918F282252338FD1E6D0C6C22DD95E015B2C99E | 02/15/2026 21:36:35 | Blacked | 12/09/2025 | 01/02/2026 | PA0002558880 |
| 10 | A341796333A78F71E22AD58F3DC1C03637F8F693 | 02/15/2026 21:27:03 | Blacked Raw | 11/02/2025 | 11/14/2025 | PA0002553539 |
| 11 | 355FD4BA792CB16CDC72D6B920FB221C5A453461 | 01/31/2026 19:26:51 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 12 | 0EDD2E404C58D5F5D65F6F4979D7F8FFC5CB19B8 | 01/19/2026 08:17:40 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 13 | 70E10FD0CBF4CED388CEC88779C825845BB0BC63 | 12/21/2025 15:21:28 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 14 | 5E988EDC3A1A6B6B1FF594CCFD6E6E00D7D7039F | 12/20/2025 20:08:14 | Blacked | 08/26/2024 | 09/17/2024 | PA0002490359 |
| 15 | 9D392B54D5FFE92319F3737CC962F7D65B301E64 | 12/13/2025 20:06:24 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 16 | 0CFDD52D13CCEDF8D626A829071DB0EB8C68B61A | 12/13/2025 20:04:58 | Milfy | 08/13/2025 | 08/19/2025 | PA0002545672 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | F829B85576DFA3D70ECE2C441F21BDBEC39DB7DF | 12/13/2025 19:56:56 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 18 | 5E2CB5E803A5FDBC46E4F22E5016E0AF4B5F0A45 | 12/13/2025 19:55:46 | Milfy | 07/02/2025 | 07/08/2025 | PA0002539167 |
| 19 | A53C952E6882E922DD310DEDF7D6FC76C4F9C1DC | 11/04/2025 10:43:56 | Blacked | 06/17/2025 | 06/20/2025 | PA0002536513 |
| 20 | 14460C9C14FBE2AF72199CDE5A44701F0B6EB02B | 04/26/2025 13:36:33 | Blacked | 06/11/2022 | 06/27/2022 | PA0002355039 |
| 21 | 0D3F517CA16BF1C1F7141865E845817191E1D2D8 | 04/26/2025 13:36:10 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |
| 22 | 44B4FBF6C812B646820EABDFA329992B2D7065CA | 03/23/2025 00:13:03 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 23 | 36AB36E315F2364C930414DB26E4DC3DD1448E5B | 03/22/2025 16:01:51 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 24 | 381BDB453192B9B75233C9EE50A69C3D78761F29 | 12/22/2024 13:27:23 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 25 | 1325BD109A0C04C40579B2481789C4DD7ED64257 | 11/01/2024 17:40:01 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |